### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **AmGUARD Insurance Company** | : | |
| **Dba Berkshire Hathaway GUARD** | : | **Case No.  2:24-CV-4119** |
| **Insurance Companies** | : | |
| | : | **Judge Graham** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Anthony West, *et al.*** | : | |
| | : | |
| **Defendants.** | : | |

### JOINT REPORT OF PARTIES

Now come the Parties, pursuant to this Court's March 4, 2026 Order, and advises the Court of the status of the civil assault case as they understand it.  The Parties understand that the civil assault case styled *Parrish v. West*, No. 23 CV 372, filed in the Franklin County, Ohio Court of Common Pleas is inactive.  The matter was stayed in December of 2024 until February of 2025 to allow the Parties to explore the potential for resolution.  It is the understanding of the undersigned that the civil assault case remained inactive to permit the instant declaratory judgment matter to be decided.  It is the further understanding of the undersigned that the parties in the civil assault case are evaluating the appropriate method to proceed in light of this Court's Order.  At this time, the undersigned have not been advised what the parties in the civil assault case have determined.

Respectfully Submitted,

*/s/  Elise N. McQuain*
Elise N. McQuain (0100542)
Frost Brown Todd, LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215
(614) 464-1211 / (614) 464-1737 (fax)
emquain@fbtlaw.com

1

*Counsel for Plaintiff*


/s/ Tim Pirtle
Timothy A. Pirtle (0040970)
2929 Kenny Road, Suite 280
Columbus, Ohio 43221
614 340-7323 / 340-7324 fax
timpirtle@aol.com

*Attorney for Defendant West*



/s/ David A. Bressman
David A. Bressman (0047128)
Jedidiah I. Bressman (0096637)
LAw OFFICE OF DAViD A. BRESSMAN
2727 Tuller Parkway, Ste. 100
Dublin, Ohio 43017
(614)538-1116
Fax: (614)761-8399
David@Bressmanlaw.com

*Attorneys for Defendant Parrish*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been filed on April 3, 2026 and served upon counsel of record via ECF notification.

> */s/  Elise N. McQuain*
> Elise N. McQuain (0100542)

0150995.0792600   4936-7344-4253v1